UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SHARMA,<br><br>        Plaintiff,<br>   v.<br><br>CITY OF REDDING,<br><br>        Defendant, | No. 2:17-cv-00487-MCE-AC<br><br>**NON-RELATED CASE ORDER** |
| NARENDRA SHARMA,<br><br>        Plaintiff,<br>   v.<br><br>CITY OF REDDING, ET AL.,<br><br>        Defendants, | No. 2:19-cv-00601-TLN-DB |
| NARENDRA SHARMA,<br><br>        Plaintiff,<br>   v.<br><br>RICHARDSON C. GRISWOLD,<br><br>        Defendant, | No. 2:19-cv-01731-MCE-KJN |

1

The Court received the Notices of Related Cases filed on May 2, 2019. <u>See</u> Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: October 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE